RECEIVED
IN LAKE CHARLES, LA.

MAR - 6 2014

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DARLENE D. RYAN | * | CIVIL ACTION NO. 2:12-CV-00748 |
| **Plaintiff** | * | |
| V. | * | |
| | * | JUDGE MINALDI |
| UNITED STATES COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | |
| **Defendant** | * | MAGISTRATE JUDGE KAY |

***********************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 21] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the decision of the Administrative Law Judge be and hereby is **AFFIRMED**, and the above captioned matter be and hereby is **DISMISSED, WITH PREJUDICE**.

Lake Charles, Louisiana, this 5 day of March, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE